# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case No.:**  18-55678

**Case Name:**  ERNEST INDUSTRIES ACQUISITION, LLC

**For Period Ending:**  03/31/2021

**Trustee Name:**  (420470) Timothy J. Miller

**Date Filed (f) or Converted (c):**  11/20/2018 (f)

**§ 341(a) Meeting Date:**  02/06/2019

**Claims Bar Date:**  04/24/2019

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CHECKING ACCOUNT ACCOUNT AT COMERICA, XXXXXX7036<br>Abandoned p/o/d 1/29/2019, docket no. 43 | 0.00 | 0.00 | OA | 0.00 | FA |
| 2 | A/R 90 DAYS OLD OR LESS. FACE AMOUNT = $984,488.70. DOUBTFUL/UNCOLLECTIBLE ACCOUNTS = $295,477.00.<br>ectable 295,477.00)<br>Abandoned p/o/d 1/29/2019, docket no. 43 | 689,011.70 | 689,011.70 | OA | 0.00 | FA |
| 3 | A/R OVER 90 DAYS OLD. FACE AMOUNT = $148,023.77. DOUBTFUL/UNCOLLECTIBLE ACCOUNTS = $0.00.<br>Abandoned p/o/d 1/29/2019, docket no. 43 | 148,023.77 | 148,023.77 | OA | 0.00 | FA |
| 4 | RAW MATERIALS: 32 COILS, 10/10/2018, NET BOOK VALUE: $4,163.72, VALUATION METHOD: LIQUIDATION<br>Abandoned p/o/d 1/29/2019, docket no. 43 | 4,163.72 | 4,163.72 | OA | 0.00 | FA |
| 5 | WORK IN PROGRESS: XC32 16C844 SQUARE TUBE, 10/10/2018, NET BOOK VALUE: $11,235.00, VALUATION METHOD: RECENT COST<br>Abandoned p/o/d 1/29/2019, docket no. 43 | 11,235.00 | 11,235.00 | OA | 0.00 | FA |
| 6 | FINISHED GOODS: XC32 16C844AA, 10/10/2018, NET BOOK VALUE: $2,740.50, VALUATION METHOD: COMPARABLE SALE<br>Abandoned p/o/d 1/29/2019, docket no. 43 | 2,740.50 | 2,740.50 | OA | 0.00 | FA |
| 7 | DESK, CHAIRS, CUBES, TABLES. VALUATION METHOD: APPRAISAL<br>Abandoned p/o/d 1/29/2019, docket no. 43 | 3,000.00 | 3,000.00 | OA | 0.00 | FA |
| 8 | FANS, POWER SUPPLIES, CARTS. VALUATION METHOD: APPRAISAL<br>Abandoned p/o/d 1/29/2019, docket no. 43 | 3,500.00 | 3,500.00 | OA | 0.00 | FA |
| 9 | COMPUTERS, SERVERS, MONITORS, PRINTERS. VALUATION METHOD: APPRAISAL | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 10 | BOX TRUCK {DOES NOT RUN) (VALUE ESTIMATED). VALUATION METHOD: N/A<br>Abandoned p/o/d 1/29/2019, docket no. 43 | 1,000.00 | 1,000.00 | OA | 0.00 | FA |
| 11 | HOIST MODEL HILO. VALUATION METHOD: BOOK<br>Abandoned p/o/d 1/29/2019, docket no. 43 | 16,500.00 | 16,500.00 | OA | 0.00 | FA |
| 12 | TOYOTA HILO. VALUATION METHOD: BOOK<br>Abandoned p/o/d 1/29/2019, docket no. 43 | 5,500.00 | 5,500.00 | OA | 0.00 | FA |

**Case No.:** 18-55678

**Case Name:** ERNEST INDUSTRIES ACQUISITION, LLC

**For Period Ending:** 03/31/2021

**Trustee Name:** (420470) Timothy J. Miller

**Date Filed (f) or Converted (c):** 11/20/2018 (f)

**§ 341(a) Meeting Date:** 02/06/2019

**Claims Bar Date:** 04/24/2019

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 13 | other machinery. fixtures, and equipment see attached<br>e, Westland, Michigan 48185-lease | 1,424,800.00 | 1,424,800.00 | OA | 0.00 | FA |
| 14 | BUILDING AND ALL LAND LOCATED AT 14601 KEEL STREET, PLYMOUTH, MICHIGAN 48170 LEASE INFORMATION INCLUDED ON SCHEDULE G, LEASE, VALUATION METHOD: N/A | Unknown | 0.00 | | 0.00 | FA |
| 15 | BUILDING AND ALL LAND LOCATED AT 39133 WEBB DRIVE, WESTLAND, ML 48185 LEASE INFORMATION INCLUDED ON SCHEDULE G, LEASE, VALUATION METHOD: N/A | Unknown | 0.00 | | 0.00 | FA |
| 16 | WWW.ERNESTIND.COM. VALUATION METHOD: N/A | Unknown | 0.00 | | 0.00 | FA |
| 17 | CUSTOMER LIST - SEE ATTACHED.. VALUATION METHOD: N/A | Unknown | 0.00 | | 0.00 | FA |
| 18 | Goodwill | 0.00 | 0.00 | | 0.00 | FA |
| 19 | Refund of insurance premium payment (u) | 133.82 | 133.82 | | 133.82 | FA |
| 20 | Refund of overpayment on ESA account from State (u)<br>of Michigan<br>Trustee is investigating if funds are subject to liens. | 2,958.51 | 2,958.51 | | 2,958.51 | FA |
| 21 | Deposit of funds held by Baker's Gas & Welding (u)<br>Trustee is investigating if funds are subject to liens. | 210.95 | 210.95 | | 281.48 | FA |
| 22* | Potential Chapter 5 actions (u) (See Footnote) | 0.00 | 15,000.00 | | 0.00 | FA |
| 23 | Michigan Unemp Ins Agency refund (u) | 2,462.53 | 2,462.53 | | 2,462.53 | FA |
| 24 | L&W Engineering Tech Ctr (u)<br>preference | 1,168.50 | 1,168.50 | | 1,168.50 | FA |
| 25 | Avoidable transfers to Jackson Tumble Finish (u) | 450.00 | 450.00 | | 450.00 | FA |
| 26 | void duplicate of asset #21 (u) | 0.00 | 0.00 | | 0.00 | FA |
| 27 | Avoidable transfers to Metal Bulletin Holdings, LLC (u) | 2,250.00 | 2,250.00 | | 2,250.00 | FA |
| 28 | Avoidable transfers to Keller USA, Inc (u) | 1,475.00 | 1,475.00 | | 1,475.00 | FA |
| 29 | Avoidable transfers to Engineered Products & Services, Inc (u) | 65.48 | 65.48 | | 65.48 | FA |
| 30* | Avoidable transfers to Center Steel Sales Inc (u) (See Footnote) | 5,000.00 | 5,000.00 | | 5,000.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 18-55678

**Case Name:** ERNEST INDUSTRIES ACQUISITION, LLC

**For Period Ending:** 03/31/2021

**Trustee Name:** (420470) Timothy J. Miller

**Date Filed (f) or Converted (c):** 11/20/2018 (f)

**§ 341(a) Meeting Date:** 02/06/2019

**Claims Bar Date:** 04/24/2019

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 31* | Avoidable transfers to Century Tube Corporation (u) (See Footnote) | 14,000.00 | 14,000.00 | | 14,000.00 | FA |
| 32 | Avoidable transfers to Griffon Steel Corporation (u) | 4,000.00 | 4,000.00 | | 4,000.00 | FA |
| 33* | Avoidable transfers to APAC Paper & Packaging Corporation (u) (See Footnote) | 1,078.65 | 1,078.65 | | 1,078.65 | FA |
| 34 | Avoidable transfers to Guardian Alarm Co (u) | 142.58 | 142.58 | | 142.58 | FA |
| 35 | Avoidable transfers to Optimas OE Solutions, LLC (u) | 1,290.74 | 1,290.74 | | 1,290.74 | FA |
| 36* | Avoidable transfers to Five Lakes Financial - US Bank Equipment Finance (u) (See Footnote) | 4,000.00 | 4,000.00 | | 4,000.00 | FA |
| 37 | Avoidable transfers to Williams Scotsman, Inc (u) | 2,020.81 | 2,020.81 | | 2,020.81 | FA |
| 38* | Avoidable transfers to Ishbia & Gagleaard, PC (u) (See Footnote) | 2,500.00 | 2,500.00 | | 2,500.00 | FA |
| 39* | Avoidable transfers to CH Robinson International, Inc (u) (See Footnote) | 2,500.00 | 2,500.00 | | 2,500.00 | FA |
| 40* | Avoidable transfers to DNR, Inc (u) (See Footnote) | 10,000.00 | 10,000.00 | | 10,000.00 | FA |
| 41* | Avoidable transfers to Trinity Fastener Inc (u) (See Footnote) | 15,881.92 | 15,881.92 | | 15,881.92 | FA |
| 42* | Avoidable transfers to Arnold Fastening Systems, Inc (u) (See Footnote) | 3,000.00 | 3,000.00 | | 3,000.00 | FA |
| 43* | Avoidable transfers to Metrocom TDS LLC (u) (See Footnote) | 400.00 | 400.00 | | 400.00 | FA |
| 44* | VOID (u) (See Footnote) | VOID | VOID | VOID | VOID | VOID |
| 45* | Avoidable transfers to EyeMed Vision Care LLC (u) (See Footnote) | 4,150.92 | 4,150.92 | | 4,150.92 | FA |
| 46* | Avoidable transfers to UPS Delivery Service Inc (u) (See Footnote) | 3,500.00 | 3,500.00 | | 3,500.00 | FA |
| 47* | Avoidable transfers to Rehmann Robson, LLC (u) (See Footnote) | 6,500.00 | 6,500.00 | | 6,500.00 | FA |
| 48* | Avoidable transfers to Mandel Metals Inc (u) (See Footnote) | 4,000.00 | 4,000.00 | | 4,000.00 | FA |
| 49* | Avoidable transfers to Matheson Tri-Gas, Inc. (u) (See Footnote) | 7,600.00 | 7,600.00 | | 7,600.00 | FA |
| 50* | Avoidable transfers to Facil North America Inc. (u) (See Footnote) | 15,000.00 | 15,000.00 | | 15,000.00 | FA |

**Case No.:**  18-55678

**Case Name:**  ERNEST INDUSTRIES ACQUISITION, LLC

**For Period Ending:**  03/31/2021

**Trustee Name:**  (420470) Timothy J. Miller

**Date Filed (f) or Converted (c):**  11/20/2018 (f)

**§ 341(a) Meeting Date:**  02/06/2019

**Claims Bar Date:**  04/24/2019

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 51* | Avoidable transfers to Novi Lasers ak BLS Lasers Inc (u) (See Footnote) | 3,500.00 | 3,500.00 | | 3,500.00 | FA |
| 52* | Avoidable transfers to Midwest II, Inc. (u) (See Footnote) | 15,000.00 | 15,000.00 | | 15,000.00 | FA |
| 53* | Avoidable transfers to LEAF Capital Funding, LLC (u) (See Footnote) | 4,000.00 | 4,000.00 | | 4,000.00 | FA |
| 54* | Avoidable transfers to Alderney Advisors, LLC (u) (See Footnote) | 25,000.00 | 25,000.00 | | 25,000.00 | FA |
| 55* | Avoidable transfers to Personal Tek Inc. d/b/a Single Point Technologies  (u) compromise order at docket no. 217 (See Footnote) | 8,000.00 | 8,000.00 | | 8,000.00 | FA |
| 56* | Avoidable transfers to Great Lakes Coils, LLC (u) (See Footnote) | 6,500.00 | 6,500.00 | | 6,500.00 | FA |
| 57* | Avoidable transfers to American Express National Bank (u) (See Footnote) | 7,250.00 | 7,250.00 | | 7,250.00 | FA |
| 58* | Avoidable transfers to Clark Engineering Co. (u) (See Footnote) | 25,000.00 | 25,000.00 | | 25,000.00 | FA |
| 59* | Avoidable transfers to NGL-MA, LLC/Adversary Case No. 20-04107 (u) (See Footnote) | 4,982.77 | 4,982.77 | | 4,982.77 | FA |
| 60* | Avoidable transfers to Master Coat II, LLC (u) (See Footnote) | 12,000.00 | 12,000.00 | | 12,000.00 | FA |
| 61* | Avoidable transfers to Blue Care Network of Michigan  (u) (See Footnote) | 37,500.00 | 37,500.00 | | 37,500.00 | FA |
| 62* | Avoidable transfers to Blue Cross Blue Shield of Michigan Mutual Insurance Company (u) (See Footnote) | 2,500.00 | 2,500.00 | | 2,500.00 | FA |
| 63* | Avoidable transfers to Bradley Services, Inc.  (u) (See Footnote) | 30,000.00 | 30,000.00 | | 30,000.00 | FA |
| 64* | void duplicate asset #56 (u) (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 65* | Avoidable transfers to DTE Energy (u) (See Footnote) | 25,000.00 | 25,000.00 | | 25,000.00 | FA |
| 66* | void asset was duplicate of #55 (u) (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 67* | Avoidable transfers to Nor-Dic Tool Company, Inc. (u) (See Footnote) | 3,000.00 | 3,000.00 | | 3,000.00 | FA |
| 68* | Avoidable transfers to McDonald Hopkins law firm (u) (See Footnote) | 27,500.00 | 27,500.00 | | 27,500.00 | FA |
| 69* | Avoidable transfers to P.S.M. Fastener Corporation (u) p/o entered 09/03/2020 docket no. 246 (See Footnote) | 7,000.00 | 7,000.00 | | 7,000.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 18-55678

**Case Name:** ERNEST INDUSTRIES ACQUISITION, LLC

**For Period Ending:** 03/31/2021

**Trustee Name:** (420470) Timothy J. Miller

**Date Filed (f) or Converted (c):** 11/20/2018 (f)

**§ 341(a) Meeting Date:** 02/06/2019

**Claims Bar Date:** 04/24/2019

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 70* | Avoidable transfers to Mark Meyers & Associates LLC (u) (See Footnote) | Unknown | 3,000.00 | | 3,000.00 | FA |
| 71* | Avoidable transfers to Liberty Bell Powder Coating LLC (u) (See Footnote) | Unknown | 4,000.00 | | 4,000.00 | FA |
| 72* | Avoidable transfers to Michigan Metal Coatings Company (u) (See Footnote) | Unknown | 1,000.00 | | 1,000.00 | FA |
| 73* | Avoidable transfers to Sentry Insurance a Mutual Company and Patriot General Insurance Company (u) (See Footnote) | 5,000.00 | 5,000.00 | | 5,000.00 | FA |
| 74* | Avoidable transfer to MAHLE Incorporated (u) (See Footnote) | 11,250.00 | 11,250.00 | | 11,250.00 | FA |
| 75* | Avoidable transfers to Thomas Hahn (u) (See Footnote) | 4,500.00 | 4,500.00 | | 4,500.00 | FA |
| 76 | Avoidable transfers to Complete Management Consulting, Inc. (u)<br>Order approving compromise entered 11/12/2020 docket no. 280<br>Compromise motion filed 10/20/2020 | 10,000.00 | 10,000.00 | | 10,000.00 | FA |
| 77 | Avoidable transfers to Trident Solutions Group, LLC (u)<br>p/o 11/12/2020 docket no. 282 - $5,000.00 due within 7 days of order and $10,000.00 within 30 | 15,000.00 | 15,000.00 | | 15,000.00 | FA |
| 78 | VOID (u)<br>docket no. 276 motion to approve compromise | VOID | VOID | VOID | VOID | VOID |
| **78** | **Assets Totals (Excluding unknown values)** | **$2,721,697.87** | **$2,744,697.87** | | **$415,293.71** | **$0.00** |

RE PROP# 22    p/o 10/2/19 doc.#77

RE PROP# 30    Motion for compromise filed 01/27/2020 doc 132
Order approving compromise 02/19/2020

RE PROP# 31    order approving compromise entered 03/03/2020 doc137
compromise motion filed 02/07/2020

RE PROP# 33    Order approving compromise 03/05/2020 doc141
Motion to approve compromise filed 02/15/2020

RE PROP# 36    p/o 03/30/2020 docket 162
03/06/2020 compromise motion docket 142

RE PROP# 38    p/o 03/09/2020 doc,147

RE PROP# 39    p/o 03/09/2020 doc 148

RE PROP# 40    p/o 03/06/2020 doc 144

RE PROP# 41    p/o 03/20/2020 doc 155

RE PROP# 42    p/o 03/27/2020  adversary 20-04098 doc.7

RE PROP# 43    p/o 03/27/2020 doc 160

RE PROP# 44    see asset #36 - duplicate
p/o 03/30/2020 docket 162

RE PROP# 45    p/o 04/01/2020 docket no. 165

**Case No.:** 18-55678

**Case Name:** ERNEST INDUSTRIES ACQUISITION, LLC

**Trustee Name:** (420470) Timothy J. Miller

**Date Filed (f) or Converted (c):** 11/20/2018 (f)

**§ 341(a) Meeting Date:** 02/06/2019

**Claims Bar Date:** 04/24/2019

**For Period Ending:** 03/31/2021

| | |
|---|---|
| RE PROP# 46 | compromise motion docket no. 163<br>order at docket 174 |
| RE PROP# 47 | p/o 04/14/2020 docket no. 168 |
| RE PROP# 48 | per order approving compromise 04/27/2020 docket no. 176 |
| RE PROP# 49 | p/o 05/11/2020doc 185 |
| RE PROP# 50 | p/o 05/20/2020 docket no. 188 |
| RE PROP# 51 | p/o 05/06/2020 doc 183 |
| RE PROP# 52 | p/o 05/27/2020 $15,000 to be paid at $10,000.00 down (due within ten (10) days of entry of this Order) and $5,000.00 in equal monthly installments of $1,000.00, beginning June 15, 2020, with each monthly payment thereafter being due on the 15th of the month.  doc 190 |
| RE PROP# 53 | per order 06/09/2020 doc 193 |
| RE PROP# 54 | p/o June 22, 2020 docket no. 198 |
| RE PROP# 55 | p/o docket 217 filed 07/22/20<br>Motion for authority to compromise to be filed re adv proc no 20-4109 |
| RE PROP# 56 | Miller v Great Lakes Coils, Adv. P. No. 20-04171  to be settled for $6500<br>settlement order entered 07/16/2020 docket no 215 |
| RE PROP# 57 | p/o 07/28/2020 at docket no. 221 |
| RE PROP# 58 | Motion to approve compromise at docket no. 205<br>Order approving compromise at docket no. 226 |
| RE PROP# 59 | 04/06/2020 default judgment v. NGL-MA, LLC/Adversary Case No. 20-04107doc.#14<br>includes filing fee and costs |
| RE PROP# 60 | order entered 07/29/2020 at docket no. 227 |
| | per docket no. 206 motion includes payment terms -  $12,000.00 -.$9,999.00 within ten (10) days of entry of an order approving the Settlement.and $2,001.00 in equal monthly installments of $333.50 for six (6) consecutive months, beginning August 1, 2020, within each monthly payment thereafter being due on the 1st of the month. |
| RE PROP# 61 | p/o 07/08/2020 docket 210 |
| RE PROP# 62 | p/o 07/0/2020 docket no. 209 |
| RE PROP# 63 | p/o 07/09/2020 at docket no. 212 - total to be paid $30,000.00 in three installments of $10,000.00 - last due 09/15/2020 |
| RE PROP# 64 | p/o 07/16/2020 docket no. 215 |
| RE PROP# 65 | Motion for compromise approval 07/28/2020 at docket no. 222<br>08/21/2020 compromise order entered at docket no 238 |
| RE PROP# 66 | void duplicate asset |
| RE PROP# 67 | p/o 08/04/2020 docket no. 231 |
| RE PROP# 68 | order entered 09/02/2020 docket no. 244<br>compromise motion docket 233 - 08/11/2020 |
| RE PROP# 69 | p/o entered 09/03/2020 docket no. 246<br>compromise motion 08/13/2020 docket no. 234<br>default judgment in adversary proceeding $8,500.00 |
| RE PROP# 70 | p/o 09/04/2020 at docket 252<br>compromise motion at docket no. 236 |
| RE PROP# 71 | per order at docket no. 256<br>Adversary Case No. 20-04103 resulted in a default judgment of $29,181.34, plus costs in the amount of $351.55; post-judgment collection resulted in settlement of $4000; see MTAC at doc. no. 239 |
| RE PROP# 72 | per order at docket no. 257<br>motion to approve compromise at docket no. 240 |
| RE PROP# 73 | 10/14/2020 order approving compromise docket no. 269<br>09/22/2020 compromise motion filed docket no. 259 |
| RE PROP# 74 | per order at docket no. 251<br>motion to approve compromise at docket no. 235 |
| RE PROP# 75 | compromise motion 09/25/2020 at docket no. 263 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case No.:**  18-55678

**Case Name:**    ERNEST INDUSTRIES ACQUISITION, LLC

**For Period Ending:**  03/31/2021

**Trustee Name:**    (420470) Timothy J. Miller

**Date Filed (f) or Converted (c):**    11/20/2018 (f)

**§ 341(a) Meeting Date:**    02/06/2019

**Claims Bar Date:**  04/24/2019

**Major Activities Affecting Case Closing:**

                  4/6/21 will finish claim review and file TFR after annual report
                  03/31/2021 remnant asset sale no longer being considered
                  01/11/2021 finishing up collection of adversary proceeding settlements - Single Point Tech due to complete payments 02/01/2021
                  09/08/2020 compromise motion filed re secured claim of Comerica Bank, collateral, surcharge
                  07/20/2020 collections of settlements on claims and adversaries being received
                  05/27/2020 signed SA re Alderney- $25,000 to be paid
                  03/16/2020 preference recoveries and general investigation ongoing
                  02/19/2020 preference recovery APs filed
                  12/16/19 preference demand letters being answered
                  12/09/19 tax return and k1s completed and mailed
                  10/03/19 order entered - compromise with Plex Systems which allows locked data to be accessed - avoidable transfer audit to be done
                  03/28/19 Taunt Law Firm employed by successor trustee
                  03/22/19 Trustee reviewing case assets
                  03/21/19 Successor Trustee appointed
                  01/03/19 Taunt Law Firm employed
                  **********
                  Trustee Taunt Notes:
                  **********
                  Trustee is investigating potential Chapter 5 actions.

**Initial Projected Date Of Final Report (TFR):**  11/13/2019        **Current Projected Date Of Final Report (TFR):**    05/18/2021

04/22/2021
_____
Date

/s/Timothy J. Miller
_____
Timothy J. Miller

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 18-55678 | |
| **Case Name:** | ERNEST INDUSTRIES ACQUISITION, LLC | |
| **Taxpayer ID #:** | **-***3670 | |
| **For Period Ending:** | 03/31/2021 | |

| | |
|---|---|
| **Trustee Name:** | Timothy J. Miller (420470) |
| **Bank Name:** | Pinnacle Bank |
| **Account #:** | ******0074 Checking Account |
| **Blanket Bond (per case limit):** | $2,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/23/19 | {19} | Principal Life Insurance Company | Receipt of funds | 1229-000 | 133.82 | | 133.82 |
| 02/07/19 | {20} | State of Michigan | Receipt of funds | 1229-000 | 2,958.51 | | 3,092.33 |
| 02/12/19 | {21} | Baker's Gas & Wedding | Receipt of funds | 1229-000 | 210.95 | | 3,303.28 |
| 04/08/19 | | Transfer from Trustee Taunt to Successor Miller | Transfer from Trustee Taunt to Successor Miller | 1290-000 | -3,303.28 | | 0.00 |

| Account | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 3 | Deposits | 3,303.28 | 0 | Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 1 | Adjustments Out | 3,303.28 |
| | Subtotal | 3,303.28 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | 3,303.28 |
| 0 | Transfers In | 0.00 | | | |
| | Total | 3,303.28 | | | |

Page Subtotals: $0.00 $0.00

{ } Asset Reference(s)                                                                 ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 18-55678 | |
| **Case Name:** | ERNEST INDUSTRIES ACQUISITION, LLC | |
| **Taxpayer ID #:** | **-***3670 | |
| **For Period Ending:** | 03/31/2021 | |

| | |
|---|---|
| **Trustee Name:** | Timothy J. Miller (420470) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******3347 Checking |
| **Blanket Bond (per case limit):** | $2,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/05/19 | | Transfer Credit from | Transition Credit from | 9999-000 | 3,303.28 | | 3,303.28 |
| 10/15/19 | {23} | Unemployment Insurance Agency | credit from UI employment account | 1229-000 | 2,462.53 | | 5,765.81 |
| 11/11/19 | {24} | L&W Engineering Tech Ctr | preference demand | 1229-000 | 1,168.50 | | 6,934.31 |
| 12/06/19 | 501 | The UPS Store | UPS overnight documents | 2990-000 | | 16.71 | 6,917.60 |
| 12/09/19 | {25} | Jackson Tumble Finish | payment on preferences demand | 1241-000 | 450.00 | | 7,367.60 |
| 12/13/19 | {21} | Bakers Gas & Welding | return of preference | 1229-000 | 70.53 | | 7,438.13 |
| 01/02/20 | {27} | Metal Bulletin Holdings LLC | preference demand payment | 1241-000 | 2,250.00 | | 9,688.13 |
| 01/02/20 | {28} | Keller USA | preference demand payment | 1241-000 | 1,475.00 | | 11,163.13 |
| 01/06/20 | {29} | Engineered Products | preference demand | 1241-000 | 65.48 | | 11,228.61 |
| 02/03/20 | {30} | Center Steel Sales Inc | compromise 1/27/20-p/o 2/19/20 doc 132 | 1241-000 | 5,000.00 | | 16,228.61 |
| 02/17/20 | {31} | Century Tube Corporation | compromise p/o 3/3/20 doc 137 | 1241-000 | 14,000.00 | | 30,228.61 |
| 02/17/20 | {33} | Apac Paper | compromise p/o 3/5/20 doc 141 | 1241-000 | 1,020.53 | | 31,249.14 |
| 02/17/20 | {33} | Apac Paper | compromise p/o 3/5/20 doc 141 | 1241-000 | 58.12 | | 31,307.26 |
| 02/17/20 | {32} | Griffon Steel corp | preferential transfer | 1241-000 | 4,000.00 | | 35,307.26 |
| 02/20/20 | {34} | Guardian Alarm Co | preferential transfer | 1241-000 | 142.58 | | 35,449.84 |
| 02/24/20 | {35} | Optimas OE Solutions LLC | preference recovery | 1241-000 | 1,290.74 | | 36,740.58 |
| 03/09/20 | {36} | US Bank Equipment | compromise p/o 3/30/20 doc 162 | 1241-000 | 4,000.00 | | 40,740.58 |
| 03/16/20 | {37} | Williams Scotsman, Inc | preference paymemnts | 1241-000 | 2,020.81 | | 42,761.39 |
| 03/16/20 | {38} | Ishbia & Gagleard PC | compromise p/o 3/9/20 doc 147 | 1241-000 | 2,500.00 | | 45,261.39 |
| 03/17/20 | {40} | DNR Inc | compromise p/o 3/6/20 doc 144 | 1241-000 | 3,100.00 | | 48,361.39 |
| 03/17/20 | {39} | CH Robinson International Inc | compromise p/o 3/9/20 doc 148 | 1241-000 | 2,500.00 | | 50,861.39 |
| 03/27/20 | {41} | Trinity Fastner, Inc | compromise p/o 3/20/20 doc 155 | 1241-000 | 15,881.92 | | 66,743.31 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 41.19 | 66,702.12 |
| 04/08/20 | {40} | DNR Inc | compromise p/o 3/6/20 doc 144 | 1241-000 | 575.00 | | 67,277.12 |
| 04/09/20 | {46} | UPS | compromise p/o 4/22/20 doc 174 | 1241-000 | 3,500.00 | | 70,777.12 |
| 04/13/20 | {42} | Wurth Group | preferential transfer | 1241-000 | 3,000.00 | | 73,777.12 |
| 04/16/20 | {43} | TDS Telecom Service | compromise p/o 3/27/20 doc 160 | 1241-000 | 400.00 | | 74,177.12 |
| 04/20/20 | {40} | DNR Inc | compromise p/o 3/6/20 doc 144r | 1241-000 | 575.00 | | 74,752.12 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 114.50 | 74,637.62 |
| 05/01/20 | {47} | Rehmann | compromise p/o 4/14/20 doc 168 | 1241-000 | 6,500.00 | | 81,137.62 |
| 05/01/20 | {45} | Luxottica | compromise p/o 4/1/20 doc 165 | 1241-000 | 4,150.92 | | 85,288.54 |
| 05/08/20 | {48} | Mandel Metals Inc | compromise p/o 4/27/20 doc 176 | 1241-000 | 4,000.00 | | 89,288.54 |
| 05/21/20 | {40} | DNR Inc | compromise p/o 3/6/20 doc 144 | 1241-000 | 575.00 | | 89,863.54 |
| 05/27/20 | {51} | Novi Laser Inc | compromise p/o 5/6/20 | 1241-000 | 3,500.00 | | 93,363.54 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 136.27 | 93,227.27 |
| 06/02/20 | {50} | Facil North America | compromise p/o 5/20/20 | 1241-000 | 15,000.00 | | 108,227.27 |
| 06/11/20 | {40} | DNR INC | compromise p/o 3/6/20 doc 144 | 1241-000 | 575.00 | | 108,802.27 |
| 06/11/20 | {52} | Midwest II | compromise 5/27/20 | 1241-000 | 10,000.00 | | 118,802.27 |
| 06/17/20 | {53} | Leaf Commercial Capital Inc | compromise p/o 6/9/20 | 1241-000 | 4,000.00 | | 122,802.27 |

**Page Subtotals:** $123,110.94    $308.67

{ } Asset Reference(s)                                                                                         ! - transaction has not been cleared

# Form 2
# Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 18-55678 | |
| **Case Name:** | ERNEST INDUSTRIES ACQUISITION, LLC | |
| **Taxpayer ID #:** | **-***3670 | |
| **For Period Ending:** | 03/31/2021 | |

| | |
|---|---|
| **Trustee Name:** | Timothy J. Miller (420470) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******3347 Checking |
| **Blanket Bond (per case limit):** | $2,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/29/20 | {52} | Midwest II | compromise p/o 5/27/20 | 1241-000 | 1,500.00 | | 124,302.27 |
| 06/29/20 | {54} | Alderney Advisors | compromise p/o 6/22/20 | 1241-000 | 25,000.00 | | 149,302.27 |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 195.19 | 149,107.08 |
| 07/14/20 | {59} | Superior Plus | default judgment adversary 4/6/20 | 1241-000 | 4,982.77 | | 154,089.85 |
| 07/14/20 | {62} | Blue Cross | compromise p/o 7/8/20 | 1241-000 | 2,500.00 | | 156,589.85 |
| 07/14/20 | {49} | Matheson | compromise p/o 5/15/20 | 1241-000 | 7,600.00 | | 164,189.85 |
| 07/14/20 | {40} | DNR INC | compromise p/o 3/6/20 | 1241-000 | 575.00 | | 164,764.85 |
| 07/23/20 | {63} | Bradley Services Inc | compromise p/o 7/9/20 | 1241-000 | 10,000.00 | | 174,764.85 |
| 07/23/20 | {61} | Blue Care Network | compromise 7/8/20 | 1241-000 | 37,500.00 | | 212,264.85 |
| 07/23/20 | {52} | Midwest II | compromise p/o 5/27/20 | 1241-000 | 1,500.00 | | 213,764.85 |
| 07/29/20 | {56} | Great Lakes Coil | compromise p/o 7/16/20 | 1241-000 | 6,500.00 | | 220,264.85 |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 281.19 | 219,983.66 |
| 08/11/20 | {57} | The Taunt Law Firm IOLTA - AMEX payment | compromise p/o 7/25820 | 1241-000 | 7,250.00 | | 227,233.66 |
| 08/11/20 | {55} | Single Point Technologies | compromise p/o 7/22/20 | 1241-000 | 1,200.00 | | 228,433.66 |
| 08/11/20 | {40} | DNR INC | compromise p/o 3/6/20 | 1241-000 | 575.00 | | 229,008.66 |
| 08/11/20 | {60} | Master Coat II LLC | compromise p/o 6/29/20 | 1241-000 | 333.50 | | 229,342.16 |
| 08/13/20 | {60} | Master Coat II LLC | compromise 7/29/20 | 1241-000 | 9,999.00 | | 239,341.16 |
| 08/13/20 | {58} | Law Office of Charles Hodgson | compromise p/o 7/29/20 | 1241-000 | 25,000.00 | | 264,341.16 |
| 08/17/20 | {63} | Bradley Services Inc | compromise p/o 7/9/20 | 1241-000 | 10,000.00 | | 274,341.16 |
| 08/17/20 | {67} | Nor-Dic Tool co Inc | compromise p/o 8/4/20 | 1241-000 | 3,000.00 | | 277,341.16 |
| 08/26/20 | {52} | Midwest II | compromise p/o 7/7/20 | 1241-000 | 500.00 | | 277,841.16 |
| 08/26/20 | {60} | The Taunt Law Firm | compromise p/o 5/27/20 | 1241-000 | 333.50 | | 278,174.66 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 386.60 | 277,788.06 |
| 09/02/20 | {55} | Personal Tek Inc | compromise p/o 7/22/20( dba Single Point) | 1241-000 | 200.00 | | 277,988.06 |
| 09/09/20 | {65} | DTE Electric Co | compromise p/o 8/20/20 | 1241-000 | 25,000.00 | | 302,988.06 |
| 09/15/20 | {40} | DNR Inc | compromise p/o 3/6/20 | 1241-000 | 575.00 | | 303,563.06 |
| 09/15/20 | {68} | McDonald Hopkins LLC | compromise 9/2/20 | 1241-000 | 27,500.00 | | 331,063.06 |
| 09/15/20 | {70} | Credit Union One | compromise p/o 9/4/20 Mark Meyers LLC | 1241-000 | 3,000.00 | | 334,063.06 |
| 09/17/20 | {63} | Bradley Services Inc | compromise p/o 7/9/20 | 1241-000 | 10,000.00 | | 344,063.06 |
| 09/28/20 | {72} | Michigan Metal Coatings | compromise p/o 9/15/20 | 1241-000 | 1,000.00 | | 345,063.06 |
| 09/28/20 | {74} | Mahle Industries | compromise p/o 9/4/20 | 1241-000 | 11,250.00 | | 356,313.06 |
| 09/30/20 | 502 | Comerica Bank | secured claim payment p/o 9/30/20(doc. 265) | 4120-000 | | 5,434.31 | 350,878.75 |
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 532.79 | 350,345.96 |
| 10/01/20 | {75} | Thomas Hahn | compromise p/o 10/19/20 doc275 | 1241-000 | 4,500.00 | | 354,845.96 |
| 10/01/20 | {60} | Master Coat II | compromise p/o 7/29/20 | 1241-000 | 333.50 | | 355,179.46 |
| 10/01/20 | {52} | Midwest II | compromise p/o 7/7/20 | 1241-000 | 1,000.00 | | 356,179.46 |
| 10/01/20 | {55} | Personal Tek Inc | compromise p/o 7/22/20 | 1241-000 | 200.00 | | 356,379.46 |

Page Subtotals: $240,407.27  $6,830.08

{ } Asset Reference(s)

! - transaction has not been cleared

# Form 2
# Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 18-55678 |
| **Case Name:** | ERNEST INDUSTRIES ACQUISITION, LLC |
| **Taxpayer ID #:** | **-***3670 |
| **For Period Ending:** | 03/31/2021 |

| | |
|---|---|
| **Trustee Name:** | Timothy J. Miller (420470) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******3347 Checking |
| **Blanket Bond (per case limit):** | $2,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/07/20 | {71} | Liberty Bell Power Coating LLC | compromise p/o 9/15/20 | 1241-000 | 2,400.00 | | 358,779.46 |
| 10/08/20 | {69} | PSM Fastner Corp | compromise p/o 9/3/20 doc.246 | 1241-000 | 3,500.00 | | 362,279.46 |
| 10/12/20 | 503 | Mueller & Company PC | first interim fees for accountant p/o 10/9/20 | 3410-000 | | 17,894.00 | 344,385.46 |
| 10/12/20 | 504 | Mueller & Company PC | first interim expenses for accountant p/o 10/9/20 | 3420-000 | | 7.75 | 344,377.71 |
| 10/12/20 | 505 | Plex Systems Inc. | compromise administrative expense claim p/o 10/2/19 (doc. 77) | 3992-000 | | 10,560.00 | 333,817.71 |
| 10/19/20 | {40} | DNR,,Inc | compromise p/o 3/6/20 | 1241-000 | 575.00 | | 334,392.71 |
| 10/19/20 | 506 | Stahl Cowen Crowley Addis LLC | compromise of final fee app p/o 8/25/20 doc. 242 | 3991-120 | | 12,523.42 | 321,869.29 |
| 10/19/20 | 507 | Stahl Cowen Crowley Addis, LLC | p/o expenses 5/28/19 doc. 72 | 3992-130 | | 349.43 | 321,519.86 |
| 10/19/20 | 508 | Honigman LLP | p/o fees 8/25/20 doc.242 | 3991-120 | | 10,555.00 | 310,964.86 |
| 10/19/20 | 509 | Honigman LLP | interim fees 8/25/20 doc 242 | 3992-130 | | 513.87 | 310,450.99 |
| 10/19/20 | 510 | JC & C Enterprises, LLC | storage fees p/o 2/26/19 (doc 52) | 2420-000 | | 10,000.00 | 300,450.99 |
| 10/19/20 | 511 | The Taunt Law Firm PLLC | first interim fees p/o 10/16/20 doc. 273 | 3110-000 | | 232,500.00 | 67,950.99 |
| 10/19/20 | 512 | The Taunt Law Firm PLLC | first interim expenses for attorney | 3220-000 | | 3,780.73 | 64,170.26 |
| 10/29/20 | {52} | Midwest II | compromise p/o 10/29/20 compromise p/o 5/27/20 final payment | 1241-000 | 500.00 | | 64,670.26 |
| 10/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 451.64 | 64,218.62 |
| 11/03/20 | {73} | Sentry | compromise p/o 10/14/20 | 1241-000 | 5,000.00 | | 69,218.62 |
| 11/03/20 | {55} | Personal Tek, Inc-Huntington bank | compromise p/o 7/22/20 | 1241-000 | 200.00 | | 69,418.62 |
| 11/08/20 | {60} | Master Coat II LLC | compromise p/o 7/29/20 | 1241-000 | 333.50 | | 69,752.12 |
| 11/08/20 | {71} | Liberty Bell Powder Coating, LLC | compromise p/o 9/15/20 | 1241-000 | 400.00 | | 70,152.12 |
| 11/08/20 | {76} | Ishbia & Gagleard, PC | compromise p/o 11/12/20 doc 280 Complete Management Consulting Inc. | 1241-000 | 10,000.00 | | 80,152.12 |
| 11/13/20 | {40} | DNR INC | compromise 3/6/20 | 1241-000 | 575.00 | | 80,727.12 |
| 11/23/20 | {77} | Thomas DAngelo | compromise p/o 11/12/20 | 1241-000 | 5,000.00 | | 85,727.12 |
| 11/23/20 | 513 | Insurance Partners | ch.7 blanket bond renewal 11/1/20-11/1/21 | 2300-000 | | 59.34 | 85,667.78 |
| 11/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 118.25 | 85,549.53 |
| 12/02/20 | {55} | Personal Tek Inc-Single Point Tech | compromise p/o 7/22/20 | 1241-000 | 200.00 | | 85,749.53 |
| 12/08/20 | {60} | Master Coat II | compromise p/o 7/29/20 d.#227 | 1241-000 | 333.50 | | 86,083.03 |
| 12/14/20 | {40} | DNR INC | compromise p/o 3/6/20 | 1241-000 | 575.00 | | 86,658.03 |
| 12/22/20 | {71} | PNC -Liberty Bell Power Coat | compromise p/o 9/15/20 | 1241-000 | 400.00 | | 87,058.03 |
| 12/29/20 | {77} | Thomas DAngelo | compromise p/o 11/13/20 | 1241-000 | 10,000.00 | | 97,058.03 |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 152.89 | 96,905.14 |
| 01/08/21 | {71} | Liberty Bell Powder Coating L | compromise p/o 9/15/20 doc.256 | 1241-000 | 800.00 | | 97,705.14 |
| 01/08/21 | {60} | Master Coat, LLC II | compromise p/o 7/29/20 doc.245 | 1241-000 | 333.50 | | 98,038.64 |
| 01/13/21 | {40} | DNR INC | compromise p/o 3/6/20 doc 144 | 1241-000 | 575.00 | | 98,613.64 |

| | | | | Page Subtotals: | $41,700.50 | $299,466.32 | |

{ } Asset Reference(s)

! - transaction has not been cleared

# Form 2
# Cash Receipts And Disbursements Record

| Case No.: | 18-55678 | Trustee Name: | Timothy J. Miller (420470) |
|---|---|---|---|
| Case Name: | ERNEST INDUSTRIES ACQUISITION, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***3670 | Account #: | ******3347 Checking |
| For Period Ending: | 03/31/2021 | Blanket Bond (per case limit): | $2,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/28/21 | {55} | Huntington -Personal Tek | comp/ p/o 7/22/20 | 1241-000 | 200.00 | | 98,813.64 |
| 01/28/21 | {69} | PSM Fastner Corp | compromise p/o 9/30/20 | 1241-000 | 3,500.00 | | 102,313.64 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 151.90 | 102,161.74 |
| 02/23/21 | {55} | Huntington-Personak Tek | compromise p/o 7/22/20 | 1241-000 | 200.00 | | 102,361.74 |
| 02/23/21 | {55} | Huntington-Personal Tek | compromise o/o 7/22/20 | 1241-000 | 200.00 | | 102,561.74 |
| 02/23/21 | {55} | Single Point Tech-Personal TEK | compromise p/o 7/22/20 | 1241-000 | 5,400.00 | | 107,961.74 |
| 02/23/21 | {40} | DNR INC | compromise 3/6/20 | 1241-000 | 575.00 | | 108,536.74 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 153.84 | 108,382.90 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 191.07 | 108,191.83 |

| Account | | | | | | |
|---|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | | |
| 91 | | Deposits | 411,990.43 | 13 | Checks | 304,194.56 |
| 0 | | Interest Postings | 0.00 | 13 | Adjustments Out | 2,907.32 |
| | | Subtotal | 411,990.43 | 0 | Transfers Out | 0.00 |
| 0 | | Adjustments In | 0.00 | | Total | 307,101.88 |
| 1 | | Transfers In | 3,303.28 | | | |
| | | Total | 415,293.71 | | | |

Page Subtotals: **$10,075.00** **$496.81**

{ } Asset Reference(s)                                                                 ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 18-55678 | **Trustee Name:** | Timothy J. Miller (420470) |
| **Case Name:** | ERNEST INDUSTRIES ACQUISITION, LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***3670 | **Account #:** | ******3347 Checking |
| **For Period Ending:** | 03/31/2021 | **Blanket Bond (per case limit):** | $2,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $411,990.43 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $411,990.43 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0074 Checking Account | $0.00 | $0.00 | $0.00 |
| ******3347 Checking | $411,990.43 | $307,101.88 | $108,191.83 |
| | **$411,990.43** | **$307,101.88** | **$108,191.83** |

| | |
|---|---|
| 04/22/2021 | /s/Timothy J. Miller |
| Date | Timothy J. Miller |